IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GINNIE MCKNIGHT, JACQUELINE GARRISON, and ADRIANA DE LEÓN, individually and on behalf of all similarly situated individuals, | )<br>)<br>)<br>)<br>) Case No. 1:23-cv-16118 |
| *Plaintiffs*, | )<br>) Hon. Georgia N. Alexakis |
| v. | )<br>) Magistrate Jeffrey T. Gilbert |
| UNITED AIRLINES, INC., a Delaware corporation, and UNITED AIRLINES HOLDINGS, INC., a Delaware corporation, | )<br>)<br>)<br>) |
| *Defendants*. | ) |

**JOINT STATUS REPORT**

Pursuant to the Court's August 26, 2025 Order (Dkt. 88), Plaintiff, Jacqueline Garrison,[1] and Defendants, United Airlines, Inc. and United Airlines Holdings, Inc.[2] (jointly, "United") (collectively, the "Parties"), submit the following Joint Status Report:

1. **Depositions**

- On July 22, 2025, Plaintiffs issued three 30(b)(1) deposition notices to United. The deposition of Danielle Hendrickson was completed on September 5, 2025; the deposition of Hermes Pineda was completed on September 17, 2025; and the deposition of Kelly Poranski was completed on September 19, 2025.

- The deposition of Plaintiff's expert was completed on September 30, 2025.

---

[1] Plaintiffs' counsel has indicated that Plaintiffs Ginnie McKnight and Adriana De Leon have been withdrawn from the case.
[2] The parties previously agreed that United Airlines Holdings, Inc. would also be dismissed as a defendant because it is not an employer.

1

- Pursuant to the Court's August 26, 2025 Order (ECF No. 88), Defendant will provide its rebuttal expert disclosure, if any, no later than October 31, 2025.

Dated: October 3, 2025                    Respectfully submitted,

| | |
|---|---|
| GINNIE MCKNIGHT, JACQUELINE GARRISON, and ADRIANA DE LEÓN, individually and on behalf of all similarly situated individuals | UNITED AIRLINES, INC. and UNITED AIRLINES HOLDINGS, INC. |
| By: /s/Andrew T. Heldut | By: /s/Ada W. Dolph |
| Evan M. Meyers (lead attorney)<br>Andrew T. Heldut<br>Brendan Duffner<br>MCGUIRE LAW, P.C.<br>55 W. Wacker Dr., 9th FL.<br>Chicago, IL 60601<br>Tel: (312) 893-7002<br>emeyers@mcgpc.com<br>aheldut@mcgpc.com<br>bduffner@mcgpc.com | Ada W. Dolph (lead attorney)<br>Paul John Yovanic, Jr<br>Ala Salameh<br>SEYFARTH SHAW LLP<br>233 S. Wacker Drive, Suite 8000<br>Chicago, IL 60606<br>Tel: (312) 460-5000<br>adolph@seyfarth.com<br>pyovanic@seyfarth.com<br>asalameh@seyfarth.com |
| *Counsel for Plaintiffs and the putative class* | *Counsel for Defendants* |

3

**CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2025, a true and correct copy of the foregoing document was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the electronic Mail Notice List.

/s/ *Andrew T. Heldut*

3